IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL L. OVERTON, | ) | No. C 12-02868 EJD (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

On June 4, 2012, Petitioner, who is currently incarcerated at California Men's Colony State Prison in San Luis Obispo, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The Clerk sent Petitioner a notice on the same day that he must either pay the full filing fee or file an in forma pauperis application within thirty days or the case would be dismissed. (Docket No. 2.) Along with the notice, Petitioner was mailed the Court's In Forma Pauperis Application, instructions for completing such an application, including a Certificate of Funds form to be completed and signed by a prison official, and a return envelope. (Id.) The deadline has since passed, and Petitioner has not complied.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The Clerk shall terminate any pending motions and close the file.

DATED: 7/19/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
02868Overton_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

        Petitioner,

  v.

STATE OF CALIFORNIA,

        Respondent.

                                                                Case Number: CV12-02868 EJD

                                                                 **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/20/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael L. Overton C-47370
California Men's Colony State Prison
P. O. Box 8101
San Luis Obispo, CA 93409

Dated: 7/20/2012

                                            Richard W. Wieking, Clerk
                                     /s/By: Elizabeth Garcia, Deputy Clerk